# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

    **v.**                                          **Case No. 05-CR-240**

**TIMOTHY VALLEJO, et. al.,**
          **Defendants.**

## ORDER

Defendants Juan Gonzalez, Richard Kerner, and Jorge Barragan all filed similar motions requesting leave to file additional pretrial motions on the speculative basis that the government may provide additional discovery that will warrant the filing of additional motions. (Docket numbers 638, 644, and 669, respectively.)

Defendant Joe Sanchez previously filed a similar motion, which this court denied without prejudice. The court shall deny the present defendants' motions on the same basis it denied Joe Sanchez' earlier motion. The court shall not extend the deadline for filing pretrial motions based upon speculation. If a defendant is provided with additional discovery that results in the need to file additional motions, defendant can renew his request at that time, supported by a showing of good cause.

**IT IS THEREFORE ORDERED** that the defendants' motions for leave to file additional motions is **denied without prejudice**.

Dated at Milwaukee, Wisconsin, this 9th day of November, 2006.

                                          BY THE COURT:

                                          s/Aaron E. Goodstein
                                          AARON E. GOODSTEIN
                                          United States Magistrate Judge